No. 80–5029. JAUDON v. SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. Certiorari denied.

No. 80–5031. INGRAM v. STEPHENSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–5034. BROWN v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 80–5035. GALLAGHER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–5036. PETERSON v. BARKSDALE, SHERIFF, ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–5038. ALLEN v. HILTON ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–5039. LIVINGSTON v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 80–5040. LEE v. DUCKWORTH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 80–5041. JONES v. YOUNG ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–5044. GREENWOOD v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 80–5045. PINCIARO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–5046. DANZEY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–5047. SNEAD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–5051. NEWBOLD v. UNITED STATES POSTAL SERVICE ET AL. C. A. 5th Cir. Certiorari denied.